UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHOBA SIVAPRASAD WADHIA,       )<br>                                                            )<br>            **Plaintiff**                            )<br>                                                            )<br>    v.                                                   )<br>                                                            )     Civil Action No. 12-0231 (RMC)<br>UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY, *et al.*,         )<br>                                                            )<br>            **Defendants**                        )<br>_____) | |

## STIPULATION TO DISMISS

Plaintiff, Shoba Sivaprasad Wadhia, and Defendants, United States Department of Homeland Security, *et al.*, pursuant to Federal Rule of Procedure 41, stipulate and agree to the dismissal of this action without prejudice and with each party bearing its own fees and costs.

Respectfully submitted,

 */s/ Shoba Sivaprasad Wadhia*
SHOBA SIVAPRASAD WADHIA
1407 Ridge Master Drive
State College, PA 16803-3163

RONALD C. MACHEN JR., DC Bar No. 447889
United States Attorney

DANIEL F. VANHORN, DC Bar No. 924092
Acting Chief, Civil Division

 */s/ Marian L. Borum*
MARIAN L. BORUM, DC Bar No. 435409
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
Tel:  202-514-6531
Fax: 202-514-8780
Email: Marian.L.Borum@usdoj.gov

Dated: September 28, 2012